UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
EASTERN DIVISION

FILED 2019 OCT 24 P 1: 53
STEPHEN C. DRIES
CLERK

WILMINGTON TRUST, NATIONAL )
ASSOCIATION, AS SUCCESSOR )
TRUSTEE TO CITIBANK, NA AS )
TRUSTEE FOR FIRST FRANLIN )
MORTGAGE LOAN TRUST, MORTGAGE )
LOAN ASSET BACKED CERTIFICATES, )
SERIES 2005-FF12, )
 )
 Plaintiffs, )
 )
v. )
 )
MICHAEL STOLLER, JOINER )
CHRISTOPHER STOLLER, et al )
 Defendants. )

Case No. 19-C-1557

## NOTICE OF FILING

**TO:** Laura Anderson
Shapiro Kreisman & Associates
2121 Waukegan Rd. Suite 301
Bannockburn, IL 60015

**PLEASE TAKE NOTICE** that on the 24$^h$ day of October, 2019, there was filed with the Clerk of the Court the attached **Notice of Removal,**

### Certificate of Service

I certify that this motion was mailed via first class mail and or via electronically on the 24th day of October, 2019, to the parties listed, with the U.S. Postal Service with proper postage prepaid in Chicago, Illinois.

/s/ Christopher Stoller
Christopher Stoller
415 Wesley Suite 1
Oak Park, Illi60302
(773) 746-3163

1